IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROFESSIONAL, INC. d/b/a, PROFESSIONALS AUTO BODY, | ) ) ) | Case No. 3:17-cv-170 |
| | ) | JUDGE KIM R. GIBSON |
| Plaintiff, | ) | |
| v. | ) ) | |
| FIRST CHOICE AUTO INSURANCE COMPANY; 21ST CENTURY INSURANCE COMPANY; AAA MID-ATLANTIC INSURANCE; AIG PROPERTY CASUALTY COMPANY; ALLSTATE INSURANCE COMPANY; CINCINNATI INSURANCE COMPANY; DONEGAL MUTUAL INSURANCE COMPANY; ENCOMPASS HOME AND AUTO INSURANCE CO.; ESURANCE INSURANCE COMPANY; FARMERS INSURANCE EXCHANGE; GEICO INDEMNITY COMPANY; GOODVILLE MUTUAL CASUALTY COMPANY; HARLEYSVILLE INSURANCE COMPANY; HARTFORD CASUALTY INSURANCE COMPANY; HORACE MANN INSURANCE COMPANY; KEMPER FINANCIAL INDEMNITY COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; METROPOLITAN GENERAL INSURANCE COMPANY; MUTUAL BENEFIT INSURANCE COMPANY; NATIONAL GENERAL INSURANCE COMPANY; NATIONWIDE GENERAL INSURANCE COMPANY; PENN NATIONAL SECURITY INSURANCE CO.; PROGRESSIVE CASUALTY INSURANCE COMPANY; SAFE AUTO INSURANCE COMPANY; SAFECO INSURANCE COMPANY OF AMERICA; STATE AUTO MUTUAL INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; USAA CASUALTY INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

**NOW**, this 6th day of October 2017, upon the determination of the United States Judicial Panel on Multidistrict Litigation that is case is not appropriate for inclusion in multidistrict litigation, it is **HEREBY ORDERED** that the stay ordered on September 28, 2017 (ECF No. 49) is **LIFTED.**

BY THE COURT:

KIM R. GIBSON
**UNITED STATES DISTRICT JUDGE**